Richmond & Danville Railroad Co. v. Herrington.

The motion for a new trial presenting no questions which can be
dealt with by the Supreme Court, except those arising upon the
general grounds that the verdict was contrary to law and the evi-
dence, and the evidence being sufficient to warrant the verdict, no
reason appears for setting it aside after its approval by the trial
court.                                         *Judgment affirmed.*
July 30, 1894.

Action for damages.   Before Judge Hutchins.   Gwin-
nett superior court.   September term, 1893.

This was a suit by Mrs. Herrington for being wrong-
fully put off a passenger-train in the dark at a country
road-crossing, four or five miles from Duluth, the point
to which she had paid her fare.   She had in charge a
child of six years, beside her packages.   She claimed
also to have been bruised and injured in her feet and
ankles by having to jump from the car some distance to
the ground, and thereby disabled from work.   Her tes-
timony was to the effect that the mistake in putting her
off at the crossing was due to the conductor's negligence;
while the testimony for the defendant tended to show
that the name of the crossing was announced in her
hearing, that she voluntarily left the train there, and
was carefully assisted to the ground by the conductor
after he asked her, "Do you want to get off here?" and
that the mistake, if any, was her own.   She obtained a
verdict for $500, and defendant's motion for a new trial
was overruled.

J. B. Estes, for plaintiff in error.
C. H. Brand, *contra.*